IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2325*

Civil Action No. 2:13-CV-3228

---

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2325 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Sarah Fisher

2. Plaintiff Spouse

   Ronald Fisher

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   Iowa

5. District Court and Division in which venue would be proper absent direct filing  United States District Court for the Northern District of Iowa

   Central Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑   A. American Medical Systems, Inc. ("AMS")

   ☑   B. American Medical Systems Holdings, Inc. ("AMS Holdings")

Revised: 1/4/13

- [✓] C. Endo Pharmaceuticals, Inc.
- [✓] D. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)
- [ ] E. Ethicon, Inc.
- [ ] F. Ethicon, LLC
- [ ] G. Johnson & Johnson
- [ ] H. Boston Scientific Corporation
- [ ] I. C. R. Bard, Inc. ("Bard")
- [ ] J. Sofradim Production SAS ("Sofradim")
- [ ] K. Tissue Science Laboratories Limited ("TSL")
- [ ] L. Mentor Worldwide LLC
- [ ] M. Coloplast A/S
- [ ] N. Coloplast Corp.
- [ ] O. Coloplast Manufacturing US, LLC
- [ ] P. Porges S.A.

7. Basis of Jurisdiction

- [✓] Diversity of Citizenship
- [ ] Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 1-13

B. Other allegations of jurisdiction and venue

A substantial portion of these events occurred in this jurisdiction.

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

☐      A. Apogee;

☐      B. Perigee;

☐      C. MiniArc Sling;

☐      D. Monarc Subfascial Hammock;

☑      E. SPARC;

☐      F. In-Fast;

☐      G. BioArc;

☐      H. Elevate;

☐      I. Straight-In;

☐      J. Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

☐      A. Apogee;

☐      B. Perigee;

☐      C. MiniArc Sling;

☐      D. Monarc Subfascial Hammock;

☑      E. SPARC;

3

☐    F. In-Fast;

☐    G. BioArc;

☐    H. Elevate;

☐    I. Straight-In;

☐    J. Other;

10. Date of Implantation as to Each Product

   02/27/2012

11. Hospital(s) where Plaintiff was implanted (including City and State)

   Mercy Medical Center

   Mason City, Iowa

12. Implanting Surgeon(s)

   Roberto Velez, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s)

☑    Count I - Negligence

☑    Count II – Strict Liability – Design Defect

☑    Count III – Strict Liability – Manufacturing Defect

☑    Count IV – Strict Liability – Failure to Warn

☑    Count V - Strict Liability – Defective Product

☑    Count VI - Breach of Express Warranty

☑    Count VII – Breach of Implied Warranty

☑ Count VIII – Fraudulent Concealment

☑ Count IX – Constructive Fraud

☑ Count X - Discovery Rule, Tolling and Fraudulent Concealment

☑ Count XI – Negligent Misrepresentation

☑ Count XII – Negligent Infliction of Emotional Distress

☑ Count XIII – Violation of Consumer Protection Laws

☑ Count XIV – Gross Negligence

☑ Count XV - Unjust Enrichment

☑ Count XVI - (By the Spouse) – Loss of Consortium

☑ Count XVII – Punitive Damages

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____
_____
_____
_____

/s/ Aimee H. Wagstaff
Attorneys for Plaintiff

Address and bar information:

Aimee H. Wagstaff, CO SBN 36819
Andrus, Hood & Wagstaff
1999 Broadway, Suite 4150
Denver, CO 80202
Tel. (303) 376-6360
Fax(303) 376-6361
aimee.wagstaff @ahw-law.com

Marc Grossman, NY SBN 0730
Randi Kassan, NY SBN 7541
The Sanders Firm
100 Herricks Road
Mineola, NY 11501

6